**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLTON BRYANT**, | Case No. CV 20-133-DMG (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **Trilasian Restaurant Group, Inc.,** | |
| Defendants. | |

The Court having granted Plaintiff Colton Bryant's motion for default judgment by Order dated July 15, 2020 [Doc. # 20],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff and against Defendant Cindy Sun as Trustee of Cindy Sun Trust.  Defendant Sun shall pay Plaintiff $5,720.00 (consisting of a $4,000 statutory penalty, $1,280.00 in attorneys' fees, and $440 in costs) and provide ADA-compliant parking spaces, signage, access aisles, ramps, and wheelchair-accessible routes of access Ish Kitchen, located at 5612 Rosemead Blvd., Temple City, California 91780, in compliance with the ADA and the Unruh Civil Rights Act.

DATED: July 15, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE