SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, COLTON BRYANT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>TRILASIAN RESTAURANT GROUP, INC. D/B/A ISH KITCHEN; CINDY SUN, TRUSTEE OF CINDY SUN TRUST,<br><br>Defendants. | Case No.: 2:20-cv-00133 DMG (JEMx)<br><br>**NOTICE OF ACKNOWLEDGEMENT AND SATISFACTION OF JUDGMENT AGAINST CINDY SUN, TRUSTEE OF CINDY SUN TRUST** |

On July 15, 2020, the Court entered its Judgment in favor of Plaintiff and against Defendant CINDY SUN, TRUSTEE OF CINDY SUN TRUST ("Defendant") in the amount of $5,720.00.

By reason of the settlement between the parties, it is hereby acknowledged, and the Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction of the above-referenced judgment on the docket.

\\

\\

| | | |
|---|---|---|
| 1 | DATED: August 20, 2020 | **SO. CAL EQUAL ACCESS GROUP** |
| 2 | | |
| 4 | | _/s/ Jason J. Kim_ |
| 5 | | JASON J. KIM<br>Attorney for Plaintiff |